# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1437

_____

| | | |
|---|---|---|
| Walter B. Farver, Sr., | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| M. Capel, Assistant Warden, Pine | * | |
| Bluff Work Complex, Arkansas | * | |
| Department of Correction; R. Raley, | * | Appeal from the United States |
| Major, Pine Bluff Work Complex, | * | District Court for the |
| Arkansas Department of Correction; | * | Eastern District of Arkansas. |
| R. Dobbs, Warden, Pine Bluff Work | * | [UNPUBLISHED] |
| Complex, Arkansas Department of | * | |
| Correction; Williams, Lieutenant, | * | |
| Pine Bluff Work Complex, Arkansas | * | |
| Department of Corrections; Walls, | * | |
| Sergeant, Pine Bluff Work Complex, | * | |
| Arkansas Department of Correction; | * | |
| A.D. Smith, CO-I, Pine Bluff Work | * | |
| Complex, Arkansas Department of | * | |
| Correction, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted:  April 7, 1999

Filed:  April 12, 1999

_____

Before RICHARD S. ARNOLD, WOLLMAN, and BEAM, Circuit Judges.
_____

PER CURIAM.

Walter B. Farver, an Arkansas inmate, appeals from the district court's[1] order dismissing his 42 U.S.C. § 1983 action for failure to exhaust administrative remedies, as required under 42 U.S.C. § 1997e(a), and for failure to prosecute. Having reviewed the record, we conclude that the district court properly dismissed Farver's lawsuit without prejudice. See Brown v. Toombs, 139 F.3d 1102, 1104 (6th Cir.) (per curiam), cert. denied, 119 S. Ct. 88 (1998). Accordingly, the judgment is affirmed. See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable James Maxwell Moody, United States District Judge for the Eastern District of Arkansas adopting the report and recommendations of the Honorable Jerry W. Cavaneau, United States Magistrate Judge for the Eastern District of Arkansas.